In the Matter of DAVID ARROYO, Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.

Argued October 3, 1945; decided January 25, 1946.

*Jacob D. Fishman* and *Maurice M. Singer* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Richard L. Baltimore, Jr.,* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER and DYE, JJ. Dissenting: CONWAY and MEDALIE, JJ.